UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:10-CR-24 |
| | ) | |
| RAYMOND D. ARWOOD | ) | |

# **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated April 27, 2010. [Doc. 35]. The Magistrate Judge recommends that the defendant's motion to suppress be granted. The government has filed an objection to this report, [Doc. 40], and the defendant has filed a response to that objection.[Doc. 43].

After careful *de novo* consideration of the Report and Recommendation of the United States Magistrate Judge, the government's objection to that Report and Recommendation, the defendant's response to the objection, the defendant's motion to dismiss, the response of the government, the transcript of the hearing held on April 23, 2010, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motion to suppress is **GRANTED.**

[Doc. 13].

ENTER:

                                                                                                                 s/J. RONNIE GREER
                                                                          UNITED STATES DISTRICT JUDGE